Case 7:25-cr-00105-DC   Document 1-2   Filed 06/02/25   Page 1 of 1
Case 7:24-cr-00273   Document 1-4   Filed on 03/05/24 in TXSD   Page 1 of 1
Case: 7:21-cr-00278, Document: 11, Filed: 09-22-2021, Page 1 of 1

**FILED**

September 22, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ K. Gomez _____
DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** | CRIMINAL NO.   **MO: 21-CR-278-DC** |
| | **INDICTMENT**   M - 24 - 273 |
| V. | [Vio: 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |
| **JODY DEE RODRIGUEZ,** **Defendant.** | – Felon in possession of a firearm] |

### THE GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

That on or about September 2, 2021, in the Western District of Texas, the Defendant,

### JODY DEE RODRIGUEZ,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Century Arms Canik TP9 Elite SC 9mm handgun, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Original Signed by the
Foreperson of the Grand Jury

ASHLEY C. HOFF
UNITED STATES ATTORNEY

*John A. Fedock*

JOHN A. FEDOCK
Assistant United States Attorney